# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2015

Robert P. Young, Jr.,
Chief Justice

150855

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                            SC: 150855
                                            COA: 323572

JAMES R. THOMAS,
          Defendant-Appellant.
                                            Wayne CC: 78-813217-FM

_____/

       On order of the Court, the application for leave to appeal the November 25, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015



Clerk

p1116